1 **CANDIS MITCHELL**
California State Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5 Attorneys for Mr. Mejia-Oros

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 08MJ0770-POR |
| 12  Plaintiff, | |
| 13  v. | |
| 14  **GUSTAVO MEJIA-OROS**, | **NOTICE OF APPEARANCE** |
| 15  Defendant. | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20 Respectfully submitted,

22 Dated: March 13, 2008           /s/  *Candis Mitchell*
                                   **CANDIS L. MITCHELL**
23                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Mejia-Oros
24                                 Candis_Mitchell@fd.org

## **CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 13, 2008          /s/ Candis Mitchell
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Candis_Mitchell@fd.org